gift. Coupled with defendant Johnson's testimony, it was but a factor to consider. We cannot say on the record in this case that the trial court erred in finding that there was no valid gift.

For the reasons stated the judgment is affirmed.

Judgment affirmed.

EGAN, P. J., and HALLETT, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHNNY MORALES, Defendant-Appellant.

(No. 59383;

First District (3rd Division)—September 19, 1974.

James J. Doherty, Public Defender, of Chicago (Richard D. Kharas, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Ellis B. Levin, Assistant State's Attorneys, of counsel), for the People.